UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-23174-MC-COOKE/BANDSTRA

SYVESTER DZIENNIK, *et al.*,

    Plaintiffs,
vs.

SEALIFT, INC., *et al.*,

    Defendants.
_____/

## ORDER REQUIRING SERVICE AND RESPONSE

This matter is before me on the Plaintiffs' Motion to Compel American Maritime Officers to Produce Subpoenaed Documents, Information, or Objects, or to Permit Inspection of Premisis [ECF No. 1]. The Plaintiffs allege that American Maritime Officers has not fully complied with a properly issued subpoena. To efficiently, expeditiously, and economically resolve this dispute, it is **ORDERED**:

(1) The Plaintiffs shall serve the American Maritime Officers with a copy of their Motion to Compel and this Order within twenty-one days of this order. The Plaintiffs shall promptly file a certificate of compliance with this Court.

(2) American Maritime Officers must file its Response to the Motion to Compel, if any, within fourteen days of being served with this order.

**DONE and ORDERED** in chambers, at Miami, Florida, this 7th day of September 2010.

                                              MARCIA G. COOKE
                                              United States District Judge

Copies furnished to:
*Counsel of record*